FILED
RICHARD W. NAGEL
CLERK OF COURT
8/4/20
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-cr-79 |
| Plaintiff, | JUDGE Walter H. Rice |
| v. | INFORMATION |
| CHARLES M DAUGHERTY, | 18 U. S. C. § 1703(a) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

Between August 1, 2019 and September 6, 2019, in the Southern District of Ohio, the defendant, **CHARLES M. DAUGHERTY**, being an employee of the United States Postal Service ("USPS"), namely, a USPS carrier, did unlawfully secrete, destroy, detain, delay and open letters, postal cards, packages, and mail which were entrusted to him for delivery, which came into his possession and which were intended to be conveyed by mail and carried and delivered by a carrier or other employee of the USPS, to wit: letters, periodicals and standard U.S. Mail.

In violation of Title 18 United States Code, Section 1703(a).

DAVID DEVILLERS
United States Attorney

*[signature]*

DANIEL E. ELLENBOGEN, ESQ.
(DC 375499)
Special Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402